IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| DAWN PLUMMER, | : | CASE NO. 2:25-cv-0506 |
| Plaintiff, | : | (Judge Michael H. Watson) |
| v. | : | |
| BOB EVANS RESTAURANTS, LLC, et al., | : | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | : | |

_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, this Corporate Disclosure Statement is filed on behalf of Defendants Empower Trust Company, LLC and Empower Annuity Insurance Company:

**Disclosure For Empower Trust Company. LLC:**

Empower Trust Company, LLC is a wholly owned subsidiary of Empower Services Holdings US, LLC, which is wholly owned by Empower Annuity Insurance Company of America ("EAICA").  EAICA is a wholly owned subsidiary of Empower Holdings, LLC ("Empower Holdings"), which is not publicly traded.  No publicly held corporation directly owns 5% or more of EAICA's stock.

Empower Holdings is indirectly wholly owned by Great-West Lifeco Inc. ("Lifeco").  Lifeco's shares are publicly traded on the Toronto Stock Exchange.  A majority of Lifeco's stock is owned by Power Financial Corporation, which is wholly owned by Power Corporation of Canada ("Power").  Power's stock also is traded publicly on the Toronto Stock Exchange.

**Disclosure For Empower Annuity Insurance Company**:

Empower Annuity Insurance Company is a wholly owned subsidiary of EAICA. As discussed above, EAICA is a wholly owned subsidiary of Empower Holdings.

Empower Holdings is indirectly wholly owned by Lifeco and Lifeco's shares are publicly traded on the Toronto Stock Exchange.  A majority of Lifeco's stock is owned by Power Financial Corporation, which is wholly owned by Power Corporation of Canada.  Power's stock also is traded publicly on the Toronto Stock Exchange.

Respectfully submitted,

/s/ Stephen A. Weigand
Stephen A. Weigand (0083573)
Brian D. Wright (0075359)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0306
Fax:  (513) 632-0319
Email:  sweigand@ficlaw.com
        bwright@ficlaw.com

Michael J. Prame (Pro Hac Vice
Forthcoming)
GROOM LAW GROUP
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Telephone:  (202) 861-6633
Fax:  (202) 659-4503
Email:  MPrame@groom.com

*Counsel for Defendants Empower Annuity Insurance Company and Empower Trust Company, LLC*

2

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of September 2025, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Marc E. Dann
Jeffrey A. Crossman
Brian D. Flick
DANNLAW
15000 Madison Ave.
Lakewood, OH 44107
notices@dannlaw.com

Thomas A. Zimmerman, Jr. (Pro Hac Vice)
ZIMMERMAN LAW OFFICES P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
tom@attorneyzim.com
firm@attorneyzim.corn

*Counsel for Plaintiff and the Class*

Daniel J. Clark
VORYS, SATER, SEYMOUR & PEASE LLP
52 E Gay Street
Columbus, OH 43215
djclark@vorys.com

Nancy G. Ross (Pro Hac Vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
nross@mayerbrown.com

E. Brantley Webb (Pro Hac Vice)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
bwebb@mayerbrown.com

*Counsel for Defendant Bob Evans Restaurants, LLC*

/s/ Stephen A. Weigand
Stephen A. Weigand

4913-0155-6587.1

3